PROB 12B
(7/93)

Report Date: August 24, 2009

# United States District Court

## for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 0 1 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Christopher Jon Cook          Case Number: 2:09CR00057-001

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 12/16/2005             Type of Supervision:  Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. § 2113(a)   Date Supervision Commenced: 07/24/2009

Original Sentence: Prison - 57 Months; TSR - 36 Months    Date Supervision Expires: 07/23/2012

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16    You shall abstain from the use of illegal controlled substances and alcohol, and shall submit to urinalysis testing and breathalyzer, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Christopher Cook was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Cook has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   8-24-09

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_Fred Van Sickle_
Signature of Judicial Officer

_August 31, 2009_
Date

PROB 49
(3/89)

# United States District Court

**Eastern District of Washington**

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

16  You shall abstain from the use of illegal controlled substances and alcohol, and shall submit to urinalysis testing and breathalyzer, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____  Signed: _____
Tommy Rosser                         Christopher Jon Cook
U.S. Probation Officer               Probationer or Supervised Releasee

July 27, 2009
Date

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 01 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON