PROB 12B
(7/93)

Report Date:  November 10, 2009

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 1 0 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Christopher Jon Cook          Case Number: 2:09CR00057-001

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 12/16/2005          Type of Supervision:  Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. § 2113(a)          Date Supervision Commenced:  7/24/2009

Original Sentence: Prison - 57 Months; TSR - 36          Date Supervision Expires:  7/23/2012
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

23      You shall reside in a residential reentry center (RRC) for a period of up to 120 days.  You shall abide by
        the rules and requirements of the facility and shall participate in programs offered by the facility at the
        direction of the supervising officer.

## CAUSE

Christopher Cook violated the conditions of his supervised release by consuming cocaine on or about October 28, 2009, and vicodine on or about November 4, 2009, contrary to standard condition #7.

On October 28, 2009, Christopher Cook was summoned to New Horizon Care Centers for urine testing.  The specimen was tested on site and returned a presumptive positive reading for cocaine metabolites.  The sample was subsequently forwarded to the laboratory for confirmation.

On November 3, 2009, Christopher Cook was summoned to the U.S. Probation Office in Spokane, Washington. Mr. Cook denied consuming controlled substances.  On November 4, 2009, the undersigned officer received confirmation that the sample collected on the aforementioned date was negative for cocaine, however, showed abnormal results and the specimen validity status was dilute.  Essentially, the results reflected there may have been an attempt to circumvent the phase urinalysis testing program by the offender.

On November 5, 2009, Mr. Cook was again summoned to the probation office.  At that time, Christopher Cook admitted he had consumed cocaine while associating with a male acquaintance in the community.  Mr. Cook also admitted to consuming vicodine without a legitimate prescription.  Christopher Cook signed an admission of drug use form acknowledging he consumed the above-mentioned substances.

Prob 12B
**Re:  Cook, Christopher Jon**
**November 10, 2009**
**Page 2**

Mr. Cook has obviously experienced problems while adjusting to supervision.  He commenced supervised release supervision on July 24, 2009, following release from Bureau of Prison's custody.

The offender currently resides with his wife and two daughters.  Mr. Cook's use of illicit substances has created relationship problems between he and his wife.  The undersigned referred Christopher Cook to mental health counseling in an effort to address his long-standing emotional health and relationship problems with his wife.  He is expected to continue to avail himself for substance abuse counseling at New Horizon Care Centers.  As a result of his use of illicit substances and prescription medication abuse, the level of care has been increased.

The offender has agreed to participate in a residential reentry center (RRC) program for a period up to 120 days.  Christopher Cook is amenable to this placement, as it gives him the best opportunity to address his long-standing chemical dependency issues while seeking stable employment. The undersigned will facilitate placement at the RRC, if Your Honor concurs.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted to require Christopher Cook to reside in, and satisfactorily participate in, a RRC program as a condition of supervised release, up to 120 days.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/10/2009

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Fred Van Sickle
Signature of Judicial Officer

November 10, 2009
Date

PROB 49
(3/89)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 10 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# United States District Court

### Eastern District of Washington

#### Waiver of Hearing to Modify Conditions
#### of Probation/Supervised Release or Extend Term of Supervision

       I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

       I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

23     You shall reside in a residential reentry center (RRC) for a period of up to 120 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____    Signed: _____
           Tommy Rosser                        Christopher Jon Cook
        U.S. Probation Officer                   Probationer or Supervised Releasee

                         November 5, 2009
                                Date

EDWA13 (12/02)

# EASTERN DISTRICT OF WASHINGTON
## U.S. PROBATION AND PRETRIAL SERVICES
## ADMISSION OF DRUG USE

I, __Cook, Christopher_____, hereby admit that I have used the following drug(s) on the date(s) indicated below without proper medical authorization in the form of a valid prescription or physician's instructions:

| _____Cocaine_____ | _10/26/09_____ |
|---|---|
| DRUG | DATE |

| _____Vicodin_____ | _11/4/09_____ |
|---|---|
| DRUG | DATE |

| _____ | _____ |
|---|---|
| DRUG | DATE |

This admission of drug use is made voluntarily and without threat or promise, and I understand that it can be used against me in U.S. District Court or U.S. Parole Commission proceedings.  An admission may also result in my being requested to participate in an assessment and/or recommended treatment.

SIGNED    _Chi Cook_____ _11/5/09_
Defendant/Offender        Date

_____
USPTSO/USPO            Date