PROB 12C
(7 93)

Report Date: November 13, 2009

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 13, 2009**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Jon Cook     Case Number: 2:09CR00057-001

Address of Offender: Spokane County Jail, 1100 West Mallon, Spokane, WA 99260

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 12/16/2005

| | | |
|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 2113(a) | |
| Original Sentence: | Prison - 57 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Unassigned | Date Supervision Commenced: 07/24/2009 |
| Defense Attorney: | Unassigned | Date Supervision Expires: 07/23/2012 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 11/10/2009.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On November 12, 2009, it is alleged that Christopher Cook violated conditions of his supervised release by committing a bank robbery at the American West Bank located at East 15200 Sprague, in Spokane, Washington. Mr. Cook was identified from photos taken from a video surveillance camera inside the bank by his wife, Cori Cook, and the undersigned officer. |
| | Consequently, law enforcement officers apprehended the offender on November 13, 2009. |
| 3 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |
| | **Supporting Evidence**: Christopher Cook violated conditions of his supervised release by failing to notify the undersigned of any change in residence or employment. On November 12, 2009, law enforcement officers advised the undersigned that the offender was told to move out of the home by his wife. On November 13, 2009, the undersigned officer contacted the offender's wife, Cori Cook, who reported she demanded the offender leave |

Prob12C
Re: Cook, Christopher Jon
November 13, 2009
Page 2

their home on Wednesday, November 11, 2009. Cori Cook reported that the offender stole several of her checks and cashed them, without her permission, for approximately $300 to $400. Cori Cook also confirmed that the offender had consumed her prescription medication, vicodin, for approximately 1 week prior to leaving their residence. Mrs. Cook was unaware that the offender consumed cocaine as noted in the petition to the Court dated November 10, 2009.

4 & 5     **Special Condition # 16**: You shall abstain from the use of illegal controlled substances and alcohol, and shall submit to urinalysis testing and Breathalyzer, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Special Condition #17**: You shall participate as instructed by your U.S. probation officer in a program approved by the probation office for treatment of narcotic addiction or drug dependency, which may include testing to determine if the defendant has reverted to the use of drugs. You must contribute toward the cost of treatment or drug testing, to the extent the defendant is financially able to do so, as determined by the U.S. probation officer.

**Supporting Evidence**: Christopher Cook violated conditions of supervised release by failing to appear for urinalysis testing on November 10, 2009, and substance abuse treatment on November 12, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/13/2009

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
FvS [X] The Issuance of a Warrant
[ ] The Issuance of a Summons
FvS [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

November 13, 2009
Date